UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MULAOSMANOVIC, KENAN § Case No. 07-17509
MULAOSMANOVIC, MIRA §
 §
            Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/11/2012 in Courtroom 4016,

          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2012            By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MULAOSMANOVIC, KENAN § Case No. 07-17509
MULAOSMANOVIC, MIRA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 67,534.85 |
| and approved disbursements of | $ | 49,219.08 |
| leaving a balance on hand of[1] | $ | 18,315.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 5,876.73 | $ 0.00 | $ 5,876.73 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 7.76 | $ 0.00 | $ 7.76 |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ 1,260.00 | $ 0.00 | $ 1,260.00 |
| Other: International Sureties | $ 14.01 | $ 14.01 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,144.49 |
| Remaining Balance | | $ | 11,170.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,440.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Discover Bank/DFS Services LLC | $ 3,857.56 | $ 0.00 | $ 2,336.83 |
| 000002 | Recovery Management Systems Corporation | $ 2,365.32 | $ 0.00 | $ 1,432.86 |
| 000003 | CHASE BANK USA | $ 5,181.92 | $ 0.00 | $ 3,139.10 |
| 000005 | LVNV Funding LLC its successors | $ 1,437.05 | $ 0.00 | $ 870.54 |
| 000006 | LVNV Funding LLC its successors | $ 5,598.81 | $ 0.00 | $ 3,391.65 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,170.98 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
            Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 07-17509-DRC
Kenan Mulaosmanovic                                                       Chapter 7
Mira Mulaosmanovic
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal            Page 1 of 3            Date Rcvd: Apr 09, 2012
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2012.
```
db/jdb        +Kenan Mulaosmanovic,    Mira Mulaosmanovic,    3022 Roberts Drive,    Woodridge, IL 60517-1538
11635198      +1st Family Dental, Inc.,    5333 N. Clark Street,    Chicago, IL 60640-2121
11635202       Advocate Good Samaritan Hospital,    c/o Illinois collection Services, Inc.,    P.O. Box 1010,
                Tinley Park, IL  60477-9110
11635199      +Advocate Illinois Medical Center,    836 West Wellington,    Chicago, IL 60657-5147
12064557      +Alixian Brothers Medical Center,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
12064554      +Barrington Orthopedic Specialists,    1124 Paysphere Circle,    Chicago, IL 60674-0011
11635195      +Chase Bank Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
12080773     #+CitiMortgage, Inc,    POB 9481,   Gaithersburg, MD 20898-9481
11635203      +Citibank N.A.  BR #54,    5134 Main Street,    Downers Grove, IL 60515-4601
11635197      +Citizen’s Automobile Finance, Inc.,    P.O. Box 42113,    Providence, RI 02940-2113
11635200      +DuPage Emergency Phys.,    c/o Medical Business Bureau, Inc.,    P.O. Box 1219,
                Park Ridge, IL 60068-7219
11635194      +HSBC Card Services,    P.O. Box 129,    Thorofare, NJ 08086-0129
11635204       LaSalle Bank, N.A.,    Department 8144,    135 S. LaSalle Street,    Chicago, IL  60674-8144
12064558       Medicaid,   Il Dept of Healthcare & Family Svc,    Technical Recovery Section,    POB 19174,
                Springfield, IL 62794-9174
12064556      +Metro Paramedics - Bensenville,    395 W. Lake St,    Elmhurst, IL 60126-1508
11635201      +Rush Oak Park Hospital,    520 S. Maple Avenue,    Oak Park, IL 60304-1097
11635193       Washington Mutual Card Services,    P.O. Box 660487,    Dallas, TX  75286
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11969169      +E-mail/Text: bncmail@w-legal.com Apr 10 2012 03:19:35     CHASE BANK USA,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11635196       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2012 02:01:45     Discover Card Services,
                P.O. Box 30395,    Salt Lake City, UT  84130
11950421       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2012 02:01:45
                Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
12149253       E-mail/Text: resurgentbknotifications@resurgent.com Apr 10 2012 01:16:10
                LVNV Funding LLC its successors,    assignee of Washington Mutual,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
11699197       E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2012 02:02:51
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
11963757      +E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2012 02:02:51
                Recovery Management Systems Corporation,    For YESSG I,    As Assignee of HOUSEHOLD BANK,
                25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12064555     ##Suburban Surgical Care Specialists,    1614 W. Central Rd, Suite 105,
                Arlington Hieghts, IL 60005-2452
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: corrinal              Page 2 of 3              Date Rcvd: Apr 09, 2012
                              Form ID: pdf006             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2012**                          **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: corrinal              Page 3 of 3                  Date Rcvd: Apr 09, 2012
                               Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2012 at the address(es) listed below:
          Brenda Porter Helms   on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
          Brenda Porter Helms   brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Timothy Sprague   on behalf of Debtor Kenan Mulaosmanovic tsprague@peraica.com,
           cwinans@peraica.com
                                                                                  TOTAL: 4