# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MULAOSMANOVIC, KENAN | § | Case No. 07-17509 |
| MULAOSMANOVIC, MIRA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mira Mulaosmanovic | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank | | | | | |
| | LaSalle Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| THE HELMS LAW FIRM P.C. | | | | | |
| LAW OFFICES OF ANTHONY PERAICA | | | | | |
| LAW OFFICES OF ANTHONY PERAICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Family Dental | | | | | |
| | Advocate Good Samaritan Hospital | | | | | |
| | Advocate Illinois Medical Center | | | | | |
| | Alexian Brothers Medical Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barrington Orthopedic Specialists | | | | | |
| | DuPage Emergency Physicians | | | | | |
| | Medicaid | | | | | |
| | Metro Paramedic-Bensenville | | | | | |
| | Rush Oak Park Hospital | | | | | |
| | Suburban Surgical Care Specialists | | | | | |
| 000003 | CHASE BANK USA | | | | | |
| 000001 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000005 | LVNV FUNDING LLC ITS SUCCESSORS | | | | | |
| 000006 | LVNV FUNDING LLC ITS SUCCESSORS | | | | | |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

| Case No: | 07-17509 | Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MULAOSMANOVIC, KENAN | | | Date Filed (f) or Converted (c): | 09/25/07 (f) |
| | MULAOSMANOVIC, MIRA | | | 341(a) Meeting Date: | 10/30/07 |
| For Period Ending: | 06/19/12 | | | Claims Bar Date: | 05/07/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. BANK ACCOUNTS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 2,250.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL AND JEWELRY | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 2003 SATURN L300 | 11,300.00 | 0.00 | DA | 0.00 | FA |
| 6. 2007 NISSAN SENTRA | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 7. PERSONAL INJURY LAWSUIT (u) | Unknown | 0.00 | | 52,500.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 35.06 | Unknown |
| 9. REAL PROPERTY | 140,000.00 | 0.00 | DA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $170,870.00 | $0.00 | | $52,535.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/10     Current Projected Date of Final Report (TFR): 05/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-17509 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MULAOSMANOVIC, KENAN | Bank Name: | BANK OF AMERICA, N.A. |
| | MULAOSMANOVIC, MIRA | Account Number / CD #: | *******7446  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4584 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/19/08 | | Anthony J. Peraica & Assocaites 3339 S. halsted St. Chicago IL 60608 | personal injury settlement | 52,500.00 | | | | | 52,500.00 |
| 03/19/08 | 7 | Asset Sales Memo: MULAOSMANOVIC, MIRA | PERSONAL INJURY LAWSUIT  $52,500.00   Memo Amount:   (    15,000.00 ) personal injury exemption | | | | | | 52,500.00 |
| | | IMSURANCE CO | Memo Amount:       67,500.00 settlement amount | | | | | | |
| 03/21/08 | 000101 | Law Offices of Anthony Peraica | ATTORNEYS FEES | | | 33,750.00 | | | 18,750.00 |
| 03/21/08 | 000102 | Law Offices of Anthony Peraica | attorneys espenses | | | 326.66 | | | 18,423.34 |
| 03/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | | 2.61 | | | | 18,425.95 |
| 04/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | | 3.78 | | | | 18,429.73 |
| 05/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.34 | | | | 18,432.07 |
| 06/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.27 | | | | 18,434.34 |
| 07/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.34 | | | | 18,436.68 |
| 08/29/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.34 | | | | 18,439.02 |
| 09/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.27 | | | | 18,441.29 |
| 10/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1.79 | | | | 18,443.08 |
| 11/28/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1.51 | | | | 18,444.59 |
| 12/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.93 | | | | 18,445.52 |
| 01/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,445.67 |
| 02/06/09 | 000103 | International Sureties Ltd | trustee bond | | | 19.95 | | | 18,425.72 |
| 02/27/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.14 | | | | 18,425.86 |
| 03/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,426.02 |
| 04/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.40 | | | | 18,426.42 |
| 05/29/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,426.89 |
| 06/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.45 | | | | 18,427.34 |
| 07/31/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.47 | | | | 18,427.81 |
| 08/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,428.28 |

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-17509 -SQU |
| Case Name: | MULAOSMANOVIC, KENAN |
| | MULAOSMANOVIC, MIRA |
| Taxpayer ID No: | *******4584 |
| For Period Ending: | 06/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7446  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 09/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.45 | | | | 18,428.73 |
| 10/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.46 | | | | 18,429.19 |
| 11/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.46 | | | | 18,429.65 |
| 12/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,430.12 |
| 01/29/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,430.59 |
| 02/26/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.42 | | | | 18,431.01 |
| 03/06/10 | 000104 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 15.65 | | | 18,415.36 |
| 03/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,415.83 |
| 04/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.45 | | | | 18,416.28 |
| 05/28/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.46 | | | | 18,416.74 |
| 06/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.46 | | | | 18,417.20 |
| 07/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.46 | | | | 18,417.66 |
| 08/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,418.13 |
| 09/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.45 | | | | 18,418.58 |
| 10/29/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,419.05 |
| 11/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.45 | | | | 18,419.50 |
| 12/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,419.97 |
| 01/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.47 | | | | 18,420.44 |
| 02/19/11 | 000105 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 14.01 | | | 18,406.43 |
| 02/28/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.14 | | | | 18,406.57 |
| 03/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,406.73 |
| 04/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,406.88 |
| 05/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,407.04 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,407.19 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,407.35 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,407.51 |

**FORM 2**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-17509 -SQU |
| Case Name: | MULAOSMANOVIC, KENAN |
| | MULAOSMANOVIC, MIRA |
| Taxpayer ID No: | *******4584 |
| For Period Ending: | 06/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7446  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,407.66 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,407.82 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -23.45 | | 18,384.37 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,384.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -22.67 | | 18,361.85 |
| 12/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,362.00 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -22.64 | | 18,339.36 |
| 01/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,339.52 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -24.05 | | 18,315.47 |
| 02/29/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,315.62 |
| 03/30/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.15 | | | | 18,315.77 |
| 04/30/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.16 | | | | 18,315.93 |
| 05/12/12 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.05 | | | | 18,315.98 |
| 05/12/12 | | Transfer to Acct #*******6313 | Final Posting Transfer | | | | | -18,315.98 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | Account  *******7446 | Balance Forward | 0.00 | |
| Memo Allocation Receipts: | 67,500.00 | 1  Deposits | 52,500.00 | 5  Checks | 34,126.27 |
| Memo Allocation Disbursements: | 15,000.00 | 51  Interest Postings | 35.06 | 4  Adjustments Out | 92.81 |
| | | | | 1  Transfers Out | 18,315.98 |
| | | Subtotal | $ 52,535.06 | |
| Memo Allocation Net: | 52,500.00 | | | Total | $ 52,535.06 |
| | | 0  Adjustments In | 0.00 | |
| | | 0  Transfers In | 0.00 | |
| | | Total | $ 52,535.06 | |

FORM 2

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-17509 -SQU |
| Case Name: | MULAOSMANOVIC, KENAN |
| | MULAOSMANOVIC, MIRA |
| Taxpayer ID No: | *******4584 |
| For Period Ending: | 06/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6313  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/12/12 | | Transfer from Acct #*******7446 | Transfer In From MMA Account | | | | | 18,315.98 | 18,315.98 |
| 05/12/12 | 001001 | Brenda Porter Helms | TRUSTEE FEE | | | 5,876.73 | | | 12,439.25 |
| 05/12/12 | 001002 | Brenda Porter Helms | trustee expenses | | | 7.76 | | | 12,431.49 |
| 05/12/12 | 001003 | The Helms Law Firm P.C. | ATTORNEY FEES | | | 1,260.00 | | | 11,171.49 |
| * 05/12/12 | 001004 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | final distribution | | | 2,073.36 | | | 9,098.13 |
| * 05/12/12 | 001004 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | final distribution | | | -2,073.36 | | | 11,171.49 |
| * 05/12/12 | 001005 | Recovery Management Systems Corporation For YESSG I As Assignee of HOUSEHOLD BANK 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Final Distribution | | | 1,271.31 | | | 9,900.18 |
| * 05/12/12 | 001005 | Recovery Management Systems Corporation For YESSG I As Assignee of HOUSEHOLD BANK 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Final Distribution | | | -1,271.31 | | | 11,171.49 |
| * 05/12/12 | 001006 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Final Distribution | | | 2,785.18 | | | 8,386.31 |
| * 05/12/12 | 001006 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Final Distribution | | | -2,785.18 | | | 11,171.49 |
| * 05/12/12 | 001007 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 | Final Distribution | | | 772.39 | | | 10,399.10 |

Page:    5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 07-17509 -SQU |
| Case Name: | MULAOSMANOVIC, KENAN |
| | MULAOSMANOVIC, MIRA |
| Taxpayer ID No: | *******4584 |
| For Period Ending: | 06/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6313  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Greenville, SC 29603-0587 | | | | | | | |
| * 05/12/12 | 001007 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final Distribution | | | -772.39 | | | 11,171.49 |
| * 05/12/12 | 001008 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final Distribution | | | 3,009.25 | | | 8,162.24 |
| * 05/12/12 | 001008 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final Distribution | | | -3,009.25 | | | 11,171.49 |
| 05/12/12 | 001009 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Final Distribution | | | 2,336.83 | | | 8,834.66 |
| 05/12/12 | 001010 | Recovery Management Systems Corporation For YESSG I As Assignee of HOUSEHOLD BANK 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Final Distribution | | | 1,432.86 | | | 7,401.80 |
| 05/12/12 | 001011 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Final Distribution | | | 3,139.10 | | | 4,262.70 |
| 05/12/12 | 001012 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final Distribution | | | 870.54 | | | 3,392.16 |
| 05/12/12 | 001013 | LVNV Funding LLC its successors | Final Distribution | | | 3,391.65 | | | 0.51 |

Page: 6

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:            07-17509  -SQU

Case Name:        MULAOSMANOVIC, KENAN

                         MULAOSMANOVIC, MIRA

Taxpayer ID No:    *******4584

For Period Ending:  06/19/12

Trustee Name:        BRENDA PORTER HELMS, TRUSTEE

Bank Name:           BANK OF AMERICA, N.A.

Account Number / CD #:    *******6313  Checking - Non Interest

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | | | | | | |
| 05/12/12 | 001014 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Final Distribution | | | 0.11 | | | 0.40 |
| 05/12/12 | 001015 | Recovery Management Systems Corporation For YESSG I As Assignee of HOUSEHOLD BANK 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Final Distribution | | | 0.07 | | | 0.33 |
| 05/12/12 | 001016 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Final Distribution | | | 0.15 | | | 0.18 |
| 05/12/12 | 001017 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final Distribution | | | 0.04 | | | 0.14 |
| 05/12/12 | 001018 | LVNV Funding LLC its successors assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final Distribution | | | 0.14 | | | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 16.06b

FORM 2                                                                                    Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| Case No: | 07-17509 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MULAOSMANOVIC, KENAN | Bank Name: | BANK OF AMERICA, N.A. |
| | MULAOSMANOVIC, MIRA | Account Number / CD #: | *******6313  Checking - Non Interest |
| Taxpayer ID No: | *******4584 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account ******6313 | Balance Forward | 0.00 | | |
|---|---|---|---|---|
| | 0 Deposits | 0.00 | 23 Checks | 18,315.98 |
| | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 18,315.98 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 18,315.98 | | |
| | Total | $ 18,315.98 | | |

| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Report Totals | Balance Forward | 0.00 | | |
|---|---|---|---|---|
| | 1 Deposits | 52,500.00 | 28 Checks | 52,442.25 |
| | 51 Interest Postings | 35.06 | 4 Adjustments Out | 92.81 |
| | | | 1 Transfers Out | 18,315.98 |
| | Subtotal | $ 52,535.06 | | |
| | | | Total | $ 70,851.04 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 18,315.98 | | |
| | Total | $ 70,851.04 | Net Total Balance | $ 0.00 |

| Total Allocation Receipts: | 67,500.00 |
| Total Allocation Disbursements: | 15,000.00 |
| Total Memo Allocation Net: | 52,500.00 |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 06/19/12
BRENDA PORTER HELMS, TRUSTEE